## McSWAIN v WASHINGTON FIDELITY NAT INS CO

Ohio Appeals, 1st Dist, Hamilton Co

Decided Dec 24, 1934

Benjamin Schwartz, Cincinnati, and Arthur F. Shott, Cincinnati, for plaintiff in error.

Hightower & O'Brien, Cincinnati, for defendant in error.

For full opinion see 3 OO 231; 49 Oh Ap 342.